UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 13-7634-MWF(AJWx)**                              Dated: **February 6, 2014**

Title:       Luis Alberto Villegas -*v*- Bodega Latina Corporation, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

  Rita Sanchez                                  None Present
  Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present                                  None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

   In light of the Notice of Settlement filed February 5, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for March 24, 2014 at 11:30 a.m.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

   IT IS SO ORDERED.

MINUTES FORM 90                                    Initials of Deputy Clerk   rs
CIVIL - GEN

-1-