JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luis Alberto Villegas<br><br>            Plaintiff,<br><br>      v.<br><br>Bodega Latina Corporation, a Delaware Corporation; and Does 1-10,<br><br>            Defendants. | Case: 2:13-CV-07634-MWF-AJW<br><br>~~STIPULATION FOR~~ **DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 11, 2014

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE